UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KEVIN ANTHONY DICKSON, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MATTHEW CUBBERLEY, JEFF McCARTER, ) <br> EMILY FAYE ABBOTT, and JOHN DOE, ) <br> ) <br> Defendants. ) | No.: 3:15-CV-47-TAV-CCS |

## JUDGMENT ORDER

In accordance with the accompanying memorandum and order, Plaintiff's motion for leave to proceed *in forma pauperis* [Doc. 1] is **GRANTED**, this *pro se* prisoner's civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED**, and Plaintiff's claims arising out of his underlying convictions are **DISMISSED WITHOUT PREJUDICE** to Plaintiff showing that his complaint is not subject to dismissal under *Heck* doctrine. Accordingly, Plaintiff's motion for temporary restraining order [Doc. 3] and motion to show cause [Doc. 8] are **DENIED as moot**.

Because the Court has **CERTIFIED** in its memorandum and order that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close the civil file.

**E N T E R :**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
   s/ Debra C. Poplin
    CLERK OF COURT